# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 12-815M (NJ)

A 15 ½," x 11," x 1 ½," United States Postal Service Express Mail Envelope bearing number EG428725218US (the SUBJECT PARCEL). The parcel bears a handwritten label addressed to Chris Ford, 802 E. 18th St., Apt. 3, Oakland, CA 94606, with a return address of Toure Moore, 2157 N. 48th St., Milwaukee, WI 53208. The SUBJECT PARCEL was postmarked on March 5, 2012 at Milwaukee, WI 53210 and weighs 5 ounces.

TO: Any authorized officer of the United States:

### SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

A 15 ½," x 11," x 1 ½," United States Postal Service Express Mail Envelope bearing number EG428725218US (the SUBJECT PARCEL). The parcel bears a handwritten label addressed to Chris Ford, 802 E. 18th St., Apt. 3, Oakland, CA 94606, with a return address of Toure Moore, 2157 N. 48th St., Milwaukee, WI 53208. The SUBJECT PARCEL was postmarked on March 5, 2012 at Milwaukee, WI 53210 and weighs 5 ounces.

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _March 20_, 2012
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>Nancy Joseph</u>.

Date and time issued _March 6th, 2012; 2:30 p.m._   _____
                                                    Judge's signature

City and state: <u>Milwaukee, Wisconsin</u>   THE HONORABLE NANCY JOSEPH
                                              <u>United States Magistrate Judge</u>
                                              *Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 1917718 | 3/06/12  2:50pm | Postmaster |

Inventory made in the presence of: Brian Heraney, Postal Inspector, D.J. Kakonis, Det. Eugene Neglen

Inventory of person or property taken and name of any person(s) seized:

$4500 U.S. Currency

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3·12·12

_(Executing officer's signature)_

Daniel J. Kakonis  Postal Inspector
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_         3·12·12
                                            _(Date)_